IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
TEXARKANA DIVISION

JEFF DENNINGTON                                                                                          PLAINTIFF

V.                                              CIVIL NO. 14-cv-4040

STATE FARM FIRE AND CASUALTY
COMPANY and STATE FARM GENERAL
GENERAL INSURANCE COMPANY                                                               DEFENDANTS

## ORDER

Before the Court is the Plaintiff's Motion to Stay Briefing. (ECF No. 21). Plaintiff requests this Court to stay briefing on Defendants' Motion to Dismiss until the Court rules on Plaintiff's Motion to Remand. Upon consideration, the Court finds that good cause for the motion has been shown. Accordingly, the Court finds that Plaintiff's motion (ECF No. 21) should be and hereby is **GRANTED**. If the Court denies Plaintiff's Motion to Remand, Plaintiff must respond to Defendants' Motion to Dismiss within (14) days of the entry of the order denying remand.

**IT IS SO ORDERED**, this 31st day of March, 2014.

                                                              /s/ Susan O. Hickey
                                                              Susan O. Hickey
                                                              United States District Judge